IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Chemistry Council, Inc.,<br>700 2nd Street, NE, Washington, DC 20002<br><br>      Plaintiff,<br><br> v.<br><br>National Academy of Sciences,<br>2101 Constitution Ave., NW, Washington, DC 20418;<br><br>U.S. Environmental Protection Agency,<br>1200 Pennsylvania Ave., NW, Washington, DC 20460;<br><br>and<br><br>Michael S. Regan, in his official capacity as Administrator of U.S. Environmental Protection Agency,<br>1200 Pennsylvania Ave., NW, Washington, DC 20460,<br><br>      Defendants. | Civil Action No.<br>23-cv-2113-JDB |

**DEFENDANT NATIONAL ACADEMY OF SCIENCES'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT**

 Defendant National Academy of Sciences respectfully moves this Court for an extension of time until October 3, 2023 for the Academy to answer or otherwise respond to Plaintiff's Complaint. Good cause exists to grant the extension

because the extension will allow the Academy sufficient time to gather information necessary to respond to the Complaint. No party opposes the relief being requested.

In support of this Motion, the Academy states as follows:

1. On July 20, 2023, Plaintiff filed a Complaint against the Academy, the U.S. Environmental Protection Agency, and Michael S. Regan, in his official capacity as EPA Administrator. (ECF No. 1.)

2. The federal Defendants were served on August 3, 2023. (ECF Nos. 7, 8.)

3. Under Federal Rule of Civil Procedure 12(a)(2), the federal Defendants must respond to the Complaint on or before October 3, 2023.

4. Plaintiff mailed the Summons and Complaint to the Academy by certified U.S. mail. The Academy became aware of the Academy's receipt of the Summons and Complaint on August 7, 2023. (ECF No. 10.)

5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(1), the Academy must answer or otherwise respond to the Complaint on or before August 24, 2023.

6. Undersigned counsel for the Academy was retained only recently and an extension would allow counsel sufficient time to investigate and gather information necessary to respond to the allegations in the Complaint.

7. No party will be prejudiced by the extension, as the Academy is asking for the same amount of time afforded to the federal Defendants to answer or otherwise respond to the same allegations.

8. No hearing has yet been scheduled in this matter, and no other deadlines will be affected by granting the extension.

9. Counsel for the Academy has consulted with counsel for the Federal Defendants, who consents to the requested extension.

10. Counsel for the Academy has also consulted with counsel for Plaintiff, who does not oppose the requested extension.

For these reasons, the Academy respectfully requests that this Court grant this motion and enter an order extending the deadline for the Academy to answer or otherwise respond to the Complaint to October 3, 2023.

## LCvR 7(m) Certification

Counsel for Plaintiff does not oppose the relief requested in this motion. Counsel for the federal Defendants consents to this motion.

Dated: August 11, 2023

                                              Respectfully submitted,

                                              /s/ Jay C. Johnson
                                              Michael C. Davis (D.C. Bar No. 485311)
                                              Jay C. Johnson (D.C. Bar No. 487768)
                                              VENABLE LLP
                                              600 Massachusetts Ave., N.W.
                                              Washington, DC 20001
                                              Phone: 202-344-4545
                                              Fax: 202-344-8300
                                              mcdavis@venable.com
                                              jcjohnson@venable.com

                                              *Counsel for Defendant National Academy of Sciences*

**Certificate of Service**

 I hereby certify that on August 11, 2023, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Jay C. Johnson
Jay C. Johnson
