**INDEX TO EXHIBITS**

| Exhibit | Description |
|---|---|
| Exhibit A | NAS 2023 Report |
| Exhibit B | ACC Affidavit |
| Exhibit C | EPA Task Order for NAS Review |
| Exhibit D | Emails between Dr. Kathryn Guyton and Stan Barone (Oct. 4-14, 2021) |
| Exhibit E | Emails between Dr. Kathryn Guyton and EPA Staff (Sept. 23-Oct. 14, 2021) |
| Exhibit F | Letter from ACC to Dr. Kathryn Guyton (Aug. 25, 2022) |
| Exhibit G | Emails between Dr. Kathryn Guyton and Bob Sonawane, NCEA (May 15, 2013) |
| Exhibit H | Emails between Dr. Kathryn Guyton and Dr. Barbara Glenn (June 9, 2011) |
| Exhibit I | Letter from Counsel for ACC to Dr. Marcia McNutt and Dr. Clifford Duke (Apr. 20, 2023) |
| Exhibit J | Letter from Dr. Clifford Duke to Counsel for ACC (May 4, 2023) |
| Exhibit K | Letter from ACC to Dr. Clifford Duke (Aug. 19, 2022) |
| Exhibit L | Letter from ACC to Dr. Marcia McNutt (Aug. 15, 2022) |
| Exhibit M | Hexion Declaration |
| Exhibit N | Bakelite Declaration |
| Exhibit O | Email from Dr. Kathryn Guyton to EPA Staff (July 2, 2013) |
| Exhibit P | Letter from Members of Congress to NASEM (July 28, 2022) |
| Exhibit Q | Letter from Sen. John Kennedy NASEM (Mar. 2, 2022) |
| Exhibit R | Letter from Dr. Kathryn Guyton to ACC (Mar. 6, 2013) |
| Exhibit S | Emails between Dr. Clifford Duke and Julianne Ogden, ACC (Aug. 15–19, 2022) |